Advanced Physical Medicine Rehabilitation PLLC v Utica Natl. Ins. Co. of Ohio (2023 NY Slip Op 03179)

Advanced Physical Medicine Rehabilitation PLLC v Utica Natl. Ins. Co. of Ohio

2023 NY Slip Op 03179

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023

PRESENT: PERADOTTO, J.P., LINDLEY, BANNISTER, MONTOUR, AND OGDEN, JJ. (Filed June 9, 2023.) 

MOTION NO. (107/23) CA 22-00184.

[*1]ADVANCED PHYSICAL MEDICINE REHABILITATION PLLC, TOTAL REHAB, LLC, AND GASNAR CORPORATION, INC., PLAINTIFFS-APPELLANTS, 
v
UTICA NATIONAL INSURANCE COMPANY OF OHIO, DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.